UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOHN FERNANDO P.P.,                              Case No. 26-CV-3124 (PJS/DJF)

      Petitioner,

v.                                              ORDER

TODD BLANCHE, Acting Attorney General,
United States Department of Justice;
MARKWAYNE MULLIN, Secretary, U.S.
Department of Homeland Security; and
DAVID VENTURELLA, Acting Director of
Immigration and Customs Enforcement,

      Respondents.

Frances Ivy Mahoney-Mosedale, GUSTAFSON GLUEK PLLC, for petitioner.

David R. Hackworthy, DEPARTMENT OF HOMELAND SECURITY, for respondents.

This matter is before the Court on the petition of John Fernando P.P. for a writ of habeas corpus.[1]  John, a citizen of Ecuador, was arrested by Immigration and Customs Enforcement agents on June 25, 2026.  V. Pet. ¶¶ 2–3.

John, through counsel, filed this petition on June 29, 2026.  ECF No. 1.  As ordered, respondents filed a timely answer on July 2, 2026.  ECF No. 5.  In their answer,

---

[1]Pursuant to this District's policy in immigration cases, the Court identifies petitioner only by first name and last initials.

respondents assert that the petition is moot because, after being detained, John accepted

a grant of voluntary departure and is therefore in custody, not because of any removal

proceedings, but to effectuate his voluntary departure.  Northwood Decl. ¶ 6; ECF

No. 5-4.  John had an opportunity to file a reply on or before July 5, 2026, ECF No. 3, but

has not done so.  Accordingly, the Court finds that this petition is moot and denies it

without prejudice.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT this matter is DISMISSED WITHOUT PREJUDICE AS

MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  July 20, 2026

/s/ Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge